# THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

ALVIN J. VALENCIA,

    Petitioner,

v.                                                                                                                    No. 19-cv-0886 MV-SMV
                                                                                                                       18-cr-0448 MV

UNITED STATES OF AMERICA,

    Respondent.

## FINAL JUDGMENT

Pursuant to Rule 58(a) of the Federal Rules of Civil Procedure, and consistent with the Memorandum Opinion and Order filed contemporaneously herewith, the Court issues its separate judgment finally disposing of this civil case.

**IT IS ORDERED, ADJUDGED, AND DECREED** that Petitioner Alvin Valencia's Motion to Vacate Federal Sentence Under 28 U.S.C. § 2255 (CR Doc. 46; CV Doc. 1) is **DISMISSED with prejudice**.

                                                    _____
                                                    HONORABLE MARTHA VÁZQUEZ
                                                    UNITED STATES DISTRICT JUDGE